UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Case No.:  09-1822
_____

Sharon L. D'Aneglo,
          Plaintiff
v.

Redline Recovery Services LLC,
 d/b/a ULQ, LLC,
 d/b/a Redline Recovery Services LLC,
 & Vanessa Nelson,
          Defendant

_____

**STIPULATION OF DISMISSAL WITH PREJUDICE**

      The undersigned attorneys hereby advise the Court that all claims, counterclaims and crossclaims by all parties in the above-entitled cause of action have been fully compromised and settled.  Therefore,

      IT IS HEREBY STIPULATED BY AND BETWEEN All the parties thereto, through their respective undersigned attorneys, that pursuant to settlement agreement reached by the parties this entire lawsuit may be, and hereby is, dismissed on its merits and with prejudice, without costs or disbursements to any of the parties.

      IT IS FURTHER STIPULATED, that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of all claims, counterclaims and crossclaims, without costs or disbursements to any of the parties, may be entered herein.

| | |
|---|---|
|   s/ Jason M. Rapa Esq.   |    s/Joann Needleman, Esq.   |
| Jason M. Rapa, Esq. | Joann Needleman, Esq. |
| Attorney for Plaintiff | Attorney for Defendants |
| RAPA LAW OFFICE, P.C. | Maurice & Needleman |
| 141 S. 1st Street | Suite 935, One Penn Center |
| Lehighton, PA  18235 | 1617 John F. Kennedy Blvd. |
| (610) 377-7730 | Philadelphia, PA  19103 |
| | (215) 665-1133 |

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Case No.: 09-1822

_____

Sharon L. D'Aneglo,
         Plaintiff

v.

Redline Recovery Services LLC,
 d/b/a ULQ, LLC,
 d/b/a Redline Recovery Services LLC,
 & Vanessa Nelson,
         Defendant

_____

### ORDER FOR JUDGMENT

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

IT IS HEREBY ORDERED that the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs or disbursements to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated this ____ day of _____, 2009

                                                   _____
                                                   Judge of District Court