IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARON L. D'ANGELO, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 09-1822 |
| | : | |
| v. | : | |
| | : | |
| REDLINE RECOVERY SERVICES, LLC, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 13th day of July, 2009, upon consideration of the Stipulation of Dismissal (Doc. No. 7), representing that the parties have reached a settlement in the above-captioned action, it is hereby ORDERED as follows:

1. The above-captioned action is DISMISSED with prejudice, pursuant to Local Rule 41.1(b).

2. Any pending motions are DENIED AS MOOT.

3. The Clerk shall close the case.

BY THE COURT:

s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.